United States District Court
Southern District of Texas
**ENTERED**
November 16, 2015
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-2669 |
| | § | |
| ASR CERVANTES CORPORATION, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff filed a motion for continuance of the scheduling conference, (Docket Entry No.5). The motion is granted. The initial pretrial and scheduling conference is reset to **January 25, 2016, at 1:00 p.m.** The joint discovery/case management plan is due by January 15, 2016.

SIGNED on November 16, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge