United States District Court
Southern District of Texas
**ENTERED**
February 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC, *as Broadcast Licensee of the September 15, 2012 Saul Canelo Alvarez v. Josesito Lopez Fight Program*, <br><br>Plaintiff, <br><br>VS. <br><br>ASR CERVANTES CORPORATION, individually, and d/b/a EDUARDO'S MEXICAN RESTAURANT, and AURELIA VALDEZ, d/b/a Eduardo's Mexican Restaurant, <br><br>Defendants. | CIVIL ACTION NO. H-15-2669 |

## ORDER ENTERING DEFAULT AND FINAL DEFAULT JUDGMENT

Default is entered as to the defendants, ASR Cervantes Corporation, individually, and d/b/a Eduardo's Mexican Restaurant, and Aurelia Valdez, d/b/a Eduardo's Mexican Restaurant. The plaintiff, G&G Closed-Circuit Events, LLC, recovers from the defendants, ASR Cervantes Corporation, individually, and d/b/a Eduardo's Mexican Restaurant, and Aurelia Valdez, d/b/a Eduardo's Mexican Restaurant, statutory damages in the amount of $10,000.00, enhanced damages in the amount of $10,000.00, attorneys' fees in the amount of $1,000.00, and postjudgment interest at the rate of 0.53% *per annum*.

This is a final judgment.

SIGNED on February 29, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge